IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
STATE FARM FIRE & CASUALTY    )
COMPANY,                      )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )    2:09cv125-MHT
                              )         (WO)
ERIC BELL; JENNIFER BELL;     )
and CATHERINE D. MOON,        )
                              )
    Defendants.               )
```

## JUDGMENT

Pursuant to the status report (Doc. No. 24), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The stay in this case is dissolved.

(2) This case is dismissed with prejudice, with the parties to bear their own costs.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 5th day of August, 2009.

                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE